# EXHIBIT 1 TO ORDER

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, et al.,<br>      Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC, et al.,<br>      Plaintiff,<br><br>vs.<br><br>Q1MEDIA, INC.,<br>      Defendant. | Adv. Proc. No. 22-50207 (CTG) |

**STIPULATION FOR FURTHER EXTENSION
OF TIME FOR THE DEFENDANT TO ANSWER THE COMPLAINT**

Plaintiff, Alfred T. Giuliano in his capacity as chapter 7 trustee of Art Van Furniture, LLC, *et al.*, (the "**Plaintiff**"), for the estates of the above-captioned debtors (the "**Debtors**") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**"), by and through his undersigned counsel and defendant Q1 Media, Inc. (the "**Defendant**," and together with Plaintiff, the "**Parties**"), enter into this *Stipulation for Further Extension of Time for Defendant to Answer the Complaint* (the "**Stipulation**") and hereby stipulate and agree as follows:

1. The Parties agree and stipulate that the time within which the Defendant may answer the *Complaint* [D.I. 1] in the above-captioned adversary proceeding is hereby further extended to and including June 1, 2022.

2. Except as specifically set forth herein, the Parties reserve all of their respective rights in this matter.

| | |
|---|---|
| Dated: April 28, 2022 | Dated: April 28, 2022 |
| PACHULSKI STANG ZIEHL & JONES LLP | ALMANZA, BLACKBURN, DICKIE & MITCHELL LLP |
| */s/ Peter J. Keane*<br>Bradford J. Sandler (DE Bar No. 4142)<br>Andrew W. Caine (CA Bar No. 110345)<br>Jeffrey P. Nolan (CA Bar No. 158923)<br>Peter J. Keane (DE Bar No. 5503)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: bsandler@pszjlaw.com<br>      acaine@pszjlaw.com<br>      jnolan@pszjlaw.com<br>      pkeane@pszjlaw.com<br><br>*Counsel to Plaintiff Alfred T. Giuliano, Chapter 7 Trustee for the Estates of START MAN FURNITURE, LLC, et al.* | */s/ Tanya Robinson*<br>Tanya Robinson (TX Bar No. 24095822)<br>2301 S. Capital of Texas Highway<br>Building H<br>Austin, TX 78746<br>Telephone: (512) 474-9486<br>Email: trobinson@abdmlaw.com<br><br>    -and-<br><br>POTTER ANDERSON & CORROON LLP<br>R. Stephen McNeill<br>800 N. State Street, Suite 304<br>Dover, DE 19901<br>Telephone: 302-984-6171<br>Email: rmcneill@potteranderson.com<br><br>*Counsel to Defendant* |